# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE:  CANVASS OF ABSENTEE AND : No. 173 MM 2020
MAIL-IN BALLOTS OF NOVEMBER 3, 2020 :
GENERAL ELECTION; BUCKS COUNTY :
COURT OF COMMON PLEAS NO. 2020- :
05786 :
:
:
:
PETITION OF:  DNC SERVICES :
CORPORATION/DEMOCRATIC NATIONAL :
COMMITTEE :

IN RE:  CANVASS OF ABSENTEE AND/OR : No. 174 MM 2020
MAIL-IN BALLOTS OF NOVEMBER 3, 2020 :
GENERAL ELECTION, PETITION OF :
DONALD J. TRUMP FOR PRESIDENT, INC. :
ET.AL. :
:
:
:
PETITION OF:  BUCKS COUNTY BOARD :
OF ELECTIONS :

## ORDER

**PER CURIAM**

　　**AND NOW**, this 24th day of November, 2020, the Applications to Exercise Extraordinary Jurisdiction are hereby **DENIED**.